**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Bruce L. Lebitz             BK NO. 21-02417 HWV
       Heidi L. Lebitz

               Debtor(s)              Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                      Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
24 Nov 2021, 12:43:47, EST

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322