Certificate Number: 16339-PAM-DE-036206673

Bankruptcy Case Number: 21-02417


16339-PAM-DE-036206673

# <u>C</u>ERTIFICATE <u>O</u>F <u>D</u>EBTOR <u>E</u>DUCATION

I CERTIFY that on <u>December 15, 2021</u>, at <u>9:59</u> o'clock <u>PM EST</u>, <u>Bruce Lebitz</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>December 15, 2021</u>　　　By: <u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　Name: <u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　Title: <u>Certified Financial Counselor</u>