Certificate Number: 16339-PAM-DE-036206675

Bankruptcy Case Number: 21-02417



16339-PAM-DE-036206675

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 15, 2021</u>, at <u>9:59</u> o'clock <u>PM EST</u>, <u>Heidi Lebitz</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>December 15, 2021</u>   By:   <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>