United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-02417-HWV
Bruce L. Lebitz  Chapter 13
Heidi L. Lebitz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Dec 20, 2021  Form ID: ntcnfhrg  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce L. Lebitz, Heidi L. Lebitz, 111 Helen Avenue, Shippensburg, PA 17257-8224 |
| 5445429 | | Arcadia, PO Box 70256, Philadelphia, PA 19176-0256 |
| 5445430 | + | Arcadia Recovery Bureau, LLC, P.O. Box 6768, Reading, PA 19610-0768 |
| 5445431 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5445435 | + | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 5445439 | | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 5445441 | + | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 5445443 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5445447 | | Peerless Credit Services, Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5445448 | + | Pinnacle Health Hospitals, 111 South Front Street, Harrisburg, PA 17101-2099 |
| 5445450 | + | Summit Health, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5445452 | + | WellSpan Chambersburg Hospital, 112 N. 7th Street, Chambersburg, PA 17201-1700 |
| 5445454 | + | WellSpan Medical Group, 112 N. 7th Street, Chambersburg, PA 17201-1720 |
| 5448164 | + | Wellspan Health, P O Box 15119, Wellspan Health, YORK, PA 17405-7119 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 20 2021 18:54:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5445428 | | Email/Text: ebn@americollect.com | Dec 20 2021 18:47:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 5445426 | | Email/Text: ebn@americollect.com | Dec 20 2021 18:47:00 | Americollect, PO Box 1690, Manitowoc, WI 54221-1690 |
| 5445425 | + | Email/Text: backoffice@affirm.com | Dec 20 2021 18:47:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5445427 | | Email/Text: ebn@americollect.com | Dec 20 2021 18:47:00 | Americollect, PO Box 1505, Manitowoc, WI 54221-1505 |
| 5445432 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 20 2021 18:54:18 | Best Egg, Attn: Bankruptcy, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 5445433 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 18:54:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5451077 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 18:54:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5445434 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2021 18:54:13 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5448267 | | Email/Text: EBNBKNOT@ford.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Dec 20 2021 18:47:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 5445438 | | Email/Text: bk@freedomfinancialnetwork.com | Dec 20 2021 18:47:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 5445436 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 20 2021 18:47:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5445437 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 20 2021 18:47:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5445439 | | Email/Text: Bankruptcy@ICSystem.com | Dec 20 2021 18:47:00 | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 5445440 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2021 18:47:00 | IRS, PO Box 37008, Hartford, CT 06176-7008 |
| 5445442 | + | Email/Text: EBNBKNOT@ford.com | Dec 20 2021 18:47:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 54200, Omaha, NE 68154-8000 |
| 5449843 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 20 2021 18:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5445444 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 20 2021 18:54:23 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5445446 | + | Email/Text: Bankruptcies@nragroup.com | Dec 20 2021 18:47:00 | National Recovery Agency, PO Box 67015, Harrisburg, PA 17106-7015 |
| 5445445 | + | Email/Text: Bankruptcies@nragroup.com | Dec 20 2021 18:47:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5449978 | + | Email/Text: documentfiling@lciinc.com | Dec 20 2021 18:47:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5445449 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2021 18:47:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5447025 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 20 2021 18:47:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5445734 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 18:54:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5445451 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 19:05:17 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5445453 | *+ | WellSpan Chambersburg Hospital, 112 N. 7th Street, Chambersburg, PA 17201-1700 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Dec 20, 2021 | Form ID: ntcnfhrg | Total Noticed: 38 |

Date: Dec 22, 2021　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 2 Heidi L. Lebitz ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 1 Bruce L. Lebitz ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Bruce L. Lebitz,<br>   **Debtor 1**<br><br>Heidi L. Lebitz,<br>   **Debtor 2** | Chapter    13<br><br>Case No.    1:21−bk−02417−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**January 19, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: January 26, 2022<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 20, 2021 |

ntcnfhrg (08/21)