IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRUCE L. LEBITZ | ) | CHAPTER 13 |
| HEIDI L. LEBITZ | ) | |
|     DEBTORS | ) | |
| | ) | CASE NO. 1:21-bk-02417-HWV |
| MIDFIRST BANK | ) | |
|     Movant | ) | |
| | ) | |
| BRUCE L. LEBITZ | ) | |
| HEIDI L. LEBITZ | ) | |
| | ) | |
| JACK N. ZAHAROPOULOS, TRUSTEE | ) | |
|     Debtor/Respondent | ) | |

## DEBTORS' RESPONSE TO MIDFIRST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. 362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001

1. Movant, Midfirst Bank, filed its Motion for Relief from Stay on November 9, 2022.

2. Debtors acknowledge some mortgage payments are past due.

3. Debtors desire the opportunity to cure any post-petition mortgage arrears and keep their home.

4. Debtors requests the Court deny Movant's Motion for Relief.

WHERFORE, Debtors Bruce L. Lebitz and Heidi L. Lebitz, pray the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed November 9, 2022 by Midfirst Bank.

Dated: November 15, 2022                 /s/Nicholas G. Platt
                                                        Nicholas G. Platt (327239)
                                                        Counsel for Debtor
                                                        Mooney Law
                                                        230 York Street
                                                        Hanover, PA 17331
                                                        ngp@mooney4law.com
                                                        (717) 243-4770 Phone

(717) 632-3612 Fax