United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                    Case No. 21-02417-HWV
Bruce L. Lebitz                                           Chapter 13
Heidi L. Lebitz
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                  User: AutoDocke                    Page 1 of 2
Date Rcvd: Mar 18, 2024              Form ID: trc                       Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5449978 | + Email/Text: documentfiling@lciinc.com | Mar 18 2024 18:43:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Howard Gershman | on behalf of Creditor Ford Motor Credit Company LLC hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| Nicholas G. Platt | |

                                    on behalf of Debtor 2 Heidi L. Lebitz ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Nicholas G. Platt
                                    on behalf of Debtor 1 Bruce L. Lebitz ngp@mooney4law.com  plattnr61895@notify.bestcase.com

United States Trustee
                                    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
                                    on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 8

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 1:21-bk-02417-HWV
### Chapter 13

In re: Debtor(s) (including Name and Address)

Bruce L. Lebitz
111 Helen Avenue
Shippensburg PA 17257

Heidi L. Lebitz
111 Helen Avenue
Shippensburg PA 17257

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/15/2024.

Name and Address of Alleged Transferor(s):

Claim No. 6: Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011

Name and Address of Transferee:

Scolopax, LLC
c/o Weinstein & Riley, PS
1415 Western Avenue, Suite 700
Seattle, WA  98101
Scolopax, LLC
c/o Weinstein & Riley, PS

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/20/24

Terrence S. Miller
**CLERK OF THE COURT**